BYERS *v.* COLEMAN *et al.* CHENEY *v.* SAME. CRISSEY *v.* SAME.

*(Circuit Court, S. D. New York. May 13, 1891.)*

In Equity.
*Carter & Ledyard,* for complainants.
*Wm. H. Clark,* for defendants.

WALLACE, J. The decision just announced in the case of *Hoey* v. *Coleman,* 46 Fed. Rep. 221, controls the disposition of these causes. The bills are dismissed, because the remedy is at law.